Magistrate Judge Brian A. Tsuchida

```
_____ FILED _____ LODGED
              _____ RECEIVED
              Jun 22, 2026
          CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM LEE SPARTACUS FALKNER,

Defendant.

CASE NO.   MJ26-5150

COMPLAINT for VIOLATIONS

Title 18, U.S.C. § 1117

BEFORE, the Honorable Brian A. Tsuchida, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### *(Conspiracy to Commit Murder)*

Beginning on a date unknown and ending on or about June 19, 2026, in Mason County, within the Western District of Washington and elsewhere, WILLIAM LEE SPARTACUS FALKNER, and others known and unknown, knowingly and intentionally combined, conspired, confederated and agreed together and with each other to violate Title 18, United States Code, Section 1117. It was a part and an object of the conspiracy

Complaint – 1
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

that WILLIAM LEE SPARTACUS FALKNER, and others known and unknown, would commit murder within the special maritime and territorial jurisdiction of the United States, namely, the White House and its surrounding grounds in Washington, D.C.

All in violation of Title 18, United States Code, Section 1117.

And the complainant states that this Complaint is based on the following information:

I, Marty Trevino, being first duly sworn on oath, depose and say:

## INTRODUCTION

1.      I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation Joint Terrorism Task Force ("FBI JTTF") and have been a TFO with the FBI Seattle Office since September of 2020.  I am currently assigned to FBI Seattle Field Office, Tacoma Resident Agency, Joint Terrorism Task Force, where I investigate, among other things, people who commit violent criminal acts in furtherance of their political and social ideology, and investigate threats associated with Domestic and International Terrorism.  As a Task Force Officer, I received both formal and informal training from the FBI and Federal Law Enforcement Center regarding domestic and foreign investigations.  Through my training and experience, I am familiar with the methods of operation that individuals associated with domestic and foreign terrorist organizations employ to communicate with associates regarding their ideology, to organize actions on behalf of their organizations, and to bring attention to their political and social agendas.  As an FBI Task Force Officer, I have also participated in executions of multiple arrest and search warrants, including warrants executed in cases involving domestic terrorism and threats.

2.      In the course of my assignment to the FBI, I have investigated a variety of domestic terrorism, counterterrorism, and criminal investigations, including the interviewing of witnesses and subjects, physical surveillance, analyzing data from electronic devices, executing search warrants, and the arrest of individuals wanted for various violations of federal and state law.  I have also personally participated in the

Complaint – 2
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

execution of search warrants involving the search and seizure of electronic devices, vehicles, and documents of criminal activities. In addition to my formal training, I have learned from and worked alongside numerous FBI agents and Task Force Officers with years of experience in counterterrorism and criminal investigations. Throughout my experiences with these agents/TFOs, I have received training and real-time experience in various investigative techniques, including interviewing, evidence collection, surveillance, and data analysis.

3. The information in this Affidavit is based upon the investigation that I have conducted in this case, my conversations with other law enforcement officers who have engaged in various aspects of this investigation, and my review of reports written by other law enforcement officers involved in this investigation. Because this Affidavit is being submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are relevant to a determination of probable cause to support the issuance of the requested warrants. When the statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## SUMMARY OF PROBABLE CAUSE

### Overview of Investigation

4. The FBI is investigating a plot to assassinate members of the United States government during an Ultimate Fighting Championship ("UFC") event that occurred on June 14, 2026, (the "UFC Fight") on the South Lawn of the White House in Washington, D.C., within the special territorial jurisdiction of the United States.

5. During the course of this investigation, the FBI has identified a group of conspirators who have procured weapons and made plans to carry out an attack at the UFC Fight on June 14, 2026.

6. On June 16, 2026, a review of co-conspirator, Abraham Alvarez's Telegram account identified Telegram account 6264935723, display name "William Lee Falkner." Through the course of the investigation, investigators learned Telegram user

Complaint – 3
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

"William Lee Falkner" communicated with co-conspirators about the use of drones and explosives to carry out the attack at the UFC fight.

7.     As set forth below, investigators identified **FALKNER** as the individual operating the Telegram account 6264935723, display name "William Lee Falkner."

**Ohio Law Enforcement Uncover a Plot to Assassinate Federal Officials at the UFC Fight**

8.     Based on my conversations with other law enforcement officers, review of relevant reports, databases, videos, photos, and extracted digital evidence pursuant to search warrants, I understand the following:

9.     On or about June 10, 2026, at approximately 9:18pm, officers with the Knox County Sheriff's Office and Danville Police Department in Ohio were dispatched to a residence in Danville, Ohio in reference to a disturbance. The caller, identified as the mother of Tycen Proper, was concerned about her son, identified as the Tycen C. PROPER ("PROPER"), due to his recent conduct, including firearms purchases and meeting with concerning individuals online.

10.     Officers arrived on scene at approximately 9:38pm and spoke to PROPER, his mother, and father.  PROPER is a 19-year-old male who lives at that residence with his parents.  When deputies spoke to a person identified as Proper's father, he stated that PROPER had recently met random people online and had been planning "recons" with these individuals.  His father expressed how PROPER was planning to leave this upcoming weekend (the weekend of June 13, 2026) to meet up with these online individuals.  His father further stated that PROPER had also recently acquired camping gear, food, ballistic plates, a new shotgun, a rifle, "lots" of ammunition, extra magazines, and plate carriers.  PROPER allegedly spent approximately $3000 of his graduation money to purchase the previously described equipment.

Complaint – 4
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

11. In addition to the above behavior, PROPER's father stated that PROPER also quit his job recently in preparation to meet the individuals he had been interacting with online to conduct "missions" and "recons." His father did not have any additional information about the identities of the people with whom PROPER was speaking.

12. The Knox County Sheriff's Office took photos of the equipment acquired by PROPER which included several boxes of ammunition (estimated by law enforcement to be in the thousands of rounds of ammunition), two plate carriers with AR-style magazines, an AR-style rifle, and a bullpup rifle painted with an American flag. The equipment was turned over voluntarily by the family to law enforcement.

13. At the conclusion of the encounter, PROPER was transported by the Knox County Sheriff's Office to a local hospital where law enforcement submitted an application for emergency admission based on homicidal ideations. The application detailed that PROPER had been thinking about joining the military or police force with the goal of being able to kill people.

14. On June 11, 2026, the Knox County Sheriff's Office contacted the FBI as a result of its interactions with PROPER.

15. I am also aware that on June 11, 2026, another FBI agent contacted Proper's mother for a telephone interview for additional information. She detailed that PROPER had recently began interacting with a group online that was comprised of individuals who stated to be ex-military and Christian-based. She stated that she didn't know the name of the group, but that they expressed ultra-religious and anti-government sentiments, specifically citing grievances about government corruption, the handling of the Epstein files, data centers taking up all the water in communities, and other government actions. Proper's mother detailed that talking with these individuals online has caused PROPER to lean heavily into his religion and she believed that those individuals were using religion to manipulate and influence her son.

Complaint – 5
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

16.     In addition to the equipment and firearms PROPER had recently purchased, she stated that she observed him recently engaged in physical training, which she initially thought was to further his aspirations to join the military or police, but later learned it was on behalf of the online group he was talking to.

17.     Proper's mother detailed that the communications with these individuals largely occurred on his cellular device, and provided a phone number for PROPER as XXX-XXX-3044.  She also stated that she recently observed PROPER researching and mapping locations in the area just northwest of Washington, D.C.  She stated that she also observed additional images and maps being sent to him from unknown individuals through texts and Discord messages, and would overhear PROPER talking to these individuals verbally on his phone.

18.     When Proper's mother asked PROPER what he was doing, he stated that he couldn't tell her exactly what he was doing, but that they were looking at multiple different locations and intended to conduct "recon" as well as "hit and run missions."  An FBI TFO asked Proper's mother what she thought PROPER meant when he said "hit and run missions" and she believed that it meant conducting shootings and then leaving.

19.     On June 11, 2026, the FBI, in coordination with the Ohio local law enforcement, executed a local search warrant at the residence of PROPER, recovering a journal from his room.  While on scene, investigators also observed a large quantity of boxes of spent ammunition, rounds of spent cartridge casings, and other tactical clothing. Investigators also spoke to PROPER's father and grandmother, who stated that PROPER had become more closed off from his family and spent most of his time online speaking to unidentified individuals.  PROPER's family members also highlighted concerning statements he made in recent months, such as making sympathetic comments about Adolf Hitler, and posting anti-Semitic comments on Facebook.

20.     In addition to the search warrant on PROPER's residence, a state search warrant was executed on the Apple iPhone belonging to PROPER which had been

Complaint – 6
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

previously seized by the Knox County Sheriff's Office to preserve evidence. During a preliminary review of the device, investigators observed chats on Signal groups that laid out detailed plans to conduct an attack in Washington, D.C. with several unidentified co-conspirators. In the chat, detailed imagery of the National Capitol Region and maps of the area were shared highlighting sniper locations, potential drone launch locations, and other detailed tactical planning.

21. Other FBI investigators also traveled to Dublin Springs Mental Health center in Columbus, Ohio to conduct an interview with PROPER. The interview was consensual and took place in an unlocked room while a case worker was also present. During the interview, PROPER admitted to planning with others a coordinated attack against the United States government, to take place during the UFC event scheduled to take place on the White House lawn in Washington, D.C., on Sunday, June 14, 2026. PROPER also provided additional details on the planned attack and stated that the plan as he knew it was to stage a demonstration on the north side of the White House. While the demonstration was taking place, the group would fly small, unmanned aircraft (i.e. drones) laden with unspecified explosive devices which would detonate over the north side of the UFC arena. When the unmanned aircraft detonated, the intent was to force the crowd attending the UFC event and high value targets (HVTs) to evacuate to the south. PROPER stated that the plan was for members of his group to act as snipers and additional shooters, preferably with long guns, staged at the south to conduct shootings of the members of the crowd and HVTs as they fled from the explosive devices which had just been detonated.

22. I am aware that a UFC event was scheduled to take place on the lawn of the White House on Sunday, June 14, 2026. I am aware that the President of the United States was scheduled to be in attendance at the event and also, based on news reports and open-source reporting, that politicians, including members of Congress and the Cabinet were expected at the UFC event. I am also aware, that after the interview of PROPER, a

Complaint – 7
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

review of his cell phone revealed chats in the application SimpleX, wherein PROPER chatted with coconspirators regarding the attack on June 14, 2026 and planning for that event. In chats on or about May 13, 2026, PROPER stated, "I got a possible target Marsha Blackburn is senator for Tennessee," and in response to a question asking why attack her, he stated, "She's taken money from the Israel pro Israel lobby and supports them." On May 31, 2026, PROPER sent messages, leading with the text "These are people we're going to focus on," and then sent images of U.S. Senator Jim Justice, U.S. Senator Shelley Moore Capito, U.S. Representative Carol Miller, and U.S. Representative Riley Moore. The four images of these four members of Congress appear to have been taken from the website "TrackAIPAC.com" and appear to include information about how much money each congressperson received "from pro-Israel PACS."

23.     PROPER further detailed the Signal chats that would be on his electronic devices (i.e. his cell phone) and stated that members were primarily recruited through TikTok, and that once an individual proved himself to established members of the group on TikTok, he was transitioned to a vetted (and more secure) Signal chat. PROPER stated that videos, pictures of tactical kits, physical training proof, and other material was sent through TikTok direct messages amongst the individuals and established members of the group.

24.     PROPER also indicated to investigators that he had been planning to drive to Washington, D.C., from Ohio, travelling through West Virginia. In West Virginia, he planned to meet up with a member of the online group and to drive with that individual the rest of the way to Washington, D.C. Investigators identified that individual in West Virginia. On June 12, 2026, the FBI interviewed that individual in West Virginia, who confirmed that he and others communicated online about attacking the UFC event in Washington, D.C., but claimed that the members of the group had cancelled their attack plans on the morning of June 12.

Complaint – 8
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

25.    A review of PROPER's cell phone also revealed chats in the Signal app, consistent with much of what PROPER described.   In PROPER's phone, investigators could see that there was a primary large chat, consisting of approximately 19 individuals. Additionally, there were smaller chat groups, consisting of approximately 4-5 individuals.  These smaller chat groups were based on role assignments and locations, for example shooters at one location or shooters at another location.  The review of PROPER's cell phone also revealed the group discussing exit, escape and evasion resources for the attack, including the location of a potential "safe house," and also potential exfiltration or escape routes for members of the group after the attack (some plans indicated that members of the group would travel from the area of the White House to the Potomac River and travel along the river to escape the area).

26.    During an interview with FBI Agents, PROPER stated, he directly reported to "FULCRUM."  FBI identified FULCRUM as Daniel Eskridge (ESKRIDGE). ESKRIDGE would then contact "SHEPHERD" regarding matters that would rise to his level in the chain of command.  FBI identified SHEPHERD as Abraham ALVAREZ (ALVAREZ). ALVAREZ was the leader of the entire group, ESKRIDGE and "WHISKEY6" were just below ALAVREZ, while the team leaders, to include PROPER and "GHOST/NOBLE," were at the bottom of the group's leadership hierarchy. FBI identified WHISKEY6 as Michael Allen Thomas (THOMAS) and GHOST/NOBLE as Bryan Omar Roa (ROA).  PROPER had very little communication with ALVAREZ, aside from when he was originally recruited through the VANGUARD OF THE OLD TikTok group/channel.

27.    During his June 11, 2026, interview, PROPER also indicated that he had purchased equipment for the attack for other individuals.

28.    On June 12, 2026, FBI personnel interviewed PROPER again at the Dublin Springs Mental Health.  After receiving Miranda warnings, PROPER provided

Complaint – 9
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

information that confirmed what he had stated to the FBI during his June 11, 2026, interview.

**Involvement of FALKNER in Conspiracy**

29.    Through the course of this investigation, investigators have identified communications between co-conspirators on various internet-based platforms including Signal and SimpleX starting in approximately mid-May 2026. Investigators are aware of communications on platforms discussing the need for additional drone operators to effectuate the conspirators' plan of attack against the UFC Fight.

30.    Investigators reviewed co-conspirator Telegram communications of "SHEPHERD" known to investigators as Abraham Alvarez's (ALVAREZ). ALVAREZ's Telegram account showed SHEPHERD /ALVAREZ communicated with co-conspirators WHISKEY6/THOMAS, FULCRUM/ESKRIDGE and an individual using Telegram account 6264935723 with display name "William Lee Falkner" (hereinafter "William Lee Falkner") on a channel called "D Ops."  William Lee Falkner joined ALVAREZ's chat group, "D Ops" on June 7, 2026.

31.    Between June 7, 2026, and June 11, 2026, William Lee Falkner communicated with ALVAREZ, THOMAS, and ESKRIDGE about his ability to procure and operate drones; tactics and drone related strategy; and the use of explosives. Postings of William Lee Falkner on "D Ops" channel included:

- "Are we sure on this incendiary route? If this is a direct impact, it would be cheaper, safer, and more effective if we used a shaped impact explosive. Would be easier to rig a mechanism for, and electrical contacts that trigger the fun when the bird hits the face requires no latency."

32.    WHISKEY6 posted a series of posts on June 11, 2026, in D Ops, including "I think we're down to 7 days. Where are these drones gonna need to get picked up? I need 5. Same location, conveniently enough. It's gonna be a fucking bloodbath [heartface emoji]. And broadcast live tv [emoji].

Complaint – 10
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

33.     William Lee Falkner responded by posting, "3 from Missouri, 2 from NV, maybe 2 or 3 from fort as backups. I'm in the PNW. Weird but it's how I have my network set up. I got people in low places making them for me. The more drones the better."

34.     Other postings of William Lee Falkner on "D Ops" channel included:

- "I'll see what I can do, but I think that's reasonable. I have a contact in NV with a shipping LLC. Might be able to ship them for cheap. We're just paying for material since we do have manufacturing capabilities. We're looking at 200-300$/drone if you want this done right. Tricked out with fiber optic cable, enough motor and battery power to lift/carry at least 12 pounds, and a decent flight control chip that can't be jammed out or fried remotely. Depending on the location, we may need to line the drone with faraday material to prevent DE/ interference platforms from causing problems."

- "Lets say 250/drone and you want 5 drones that would be 1250+ shipping from my contact who I've known since middle school and used to run guns and drugs with this guy. Solid dude."

- "The first 2 will be frag HE, the final 3 will be shaped for the piles."  "The more drones you get, the more chance you have of actually succeeding. I can fly up to 40 simultaneously, but I'm just saying 5 might not be enough. In Ukraine, sometimes they send out 2 or 3x the ammount [sic] of drones/target for max effectiveness."  [I know from my training and experience that a "frag HE" is a fragmentation high explosive round.]

- "We want it to be able to carry 2 155mm shells." [I know from my training and experience, including my experience with the United States military, that a 155mm shell is a reference to US military munitions, specifically M795 155mm artillery shells.]

Complaint – 11
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

- "You bet. Strong enough motors, 6 motors each will be enough to carry a 155. 1 per drong, 3 drones. I'll call him now. May need to do some hacking into satellite databases again tho for on the ground intel. I'm pretty sure the effective kill radius is 50 meters. It will be loud,  but it'll be quick. That's the reason wee need the fiber optic cable, so that they would need to kinetically shoot them down. Fiber connections are completely unjammable." The posts later continued with "So that way I don't get fried by Feds as soon as they land. The other 2 drones will be frag to disincentivize anyone from going closer. Actually now that I think about it we need to have these covered and propositioned on rooftops. It's too risky to be setting them up just before or during the event."

- "The bodies are being printed as we speak. Carbon fiber." [I know from my training and experience that drone bodies can be printed on home-based 3D printers as well as manufactured in production facilities.]

- "I can fly 40+ drones at the same time to the same target."

- "Well this ain't gonna [sic] be a false flag like the last 10 attempts on his life. Every week now we hear some guy went over there alone with a gun and gets shot. I don't get what's so hard about just flying a few drones and getting some help to do so." [I know from my training and experience that a "false flag" is an act committed with the intent of disguising the actual source of responsibility for the act, often allowing attribution for the act to be directed at an uninvolved individual or group.]

- "The drone frames are being printed as we speak, I got the flight control chips ready, we need motors, gyros and like 25KM of fiber optic cable and a few other odds and ends."

- "That's what I could get moving around. Thinking we may need to hit an MIC facility for the things we need. Fuck a cook, let's just grab what's

Complaint – 12
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

already there." [I know from my training and experience that the acronym MIC is used to reference a Military Industrial Complex (MIC) facility.]

- "Anyone can steal, [sic] we just need to know where exactly 3 155mm shells are stored. The frags I think I can buy in Reno, but if you wanna [sic] really just get rid of them? 155 shells. 3 of them on 3 drones."

- "I refuse to take chances. Anything we can make at home isn't gonna [sic] be enough. I mean there will be piles of meat, directional frag charges where the frag goes 350 m/s only really has the ballistic capability to MAYBE go through an arm or two, MAYBE through some soft armor. If you want them gone, you need something bigger than a little Ukrainian present from the sky."

- "Scranton Army Ammunition Plant (Scranton, PA): Operated by General Dynamics Ordnance and Tactical Systems, this facility has been in continuous operation since 1963 and is a primary producer of large-caliber metal shell bodies. [1, 2]"[1]

- "General Dynamics (Mesquite, TX): A new Universal Artillery Projectile Lines facility that produces 155 mm metal casings, backed by major multi-million-dollar modernizations. [1, 2]"

- "Parsons Assembly Facility (Parsons, KS): Operated by Day & Zimmermann, this load, assemble, and pack (LAP) facility became fully operational to dramatically scale up the production of 155 mm M795 projectiles. [1, 2]"

- "Camden Operation (Camden, AR): Another key load, assemble, and pack facility operated by Day & Zimmermann to expand the output of 155 mm shells originating from the Iowa Army Ammunition Plant."

---

[1] The "[1,2]" contained in this posting, and subsequent postings, appears to be an artifact from source material, such as a posting with footnotes on a website such as Wikipedia.

Complaint – 13
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Identification of FALKNER**

35.     According to data provided by Telegram pursuant to an emergency disclosure request the Telegram user William Lee Falkner had listed an account telephone number of 775-742-3214. Investigators using law enforcement databases found that number was associated with an address in Nevada. According to Nevada Department of Motor Vehicles records, William Lee Spartacus **FALKNER** possessed a Nevada state driver's license listing the same residential address as the address associated with telephone number 775-742-3214.

36.     According to META records, on June 18, 2026, Instagram account 57091499770, username @acheezy1 shared a post with Instagram account 29093724983, username @llockna. In the posting @acheezy1 wrote, "I alr [sic]told Jerry and Gavin but if you see me on the news I did that shit and stand by it." "Well I hope you don't see me on the news but if you do you'll know."

37.     According to Meta records, Instagram user @acheezy1, with display name William Lee Falkner, has an account telephone number of 775-742-3214, which is the same number for Telegram user William Lee Falkner. Furthermore, according to Venmo records, telephone 775-742-3214 is also connected to a Venmo account with display name William Lee Falkner and a Cash App account with display name William Lee Falkner. Additionally, investigators have compared images of the Instagram user @acheezy1, who has displayed images of himself on the account in so-called selfie images, with Nevada Department of Licensing photograph of William Lee Spartacus **FALKNER** and concluded the Instagram user @acheezy1 appears to be consistent with **FALKNER's** Nevada licensing photograph.

38.     On June 18, 2026, Instagram account 57091499770, username @acheezy1, shared a post, pasted below, with Instagram account 27069171126, username @urbfsbush.

Complaint – 14
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Author** acheezy1 (Instagram: 57091499770)

**Sent** 2026-06-18 01:19:37 UTC

**Body** We don't use discord for operations. We use a meshtastic network that is completely disconnected from the internet as a whole. Yes they can track you using social media unless you have a VPN, an IP spoofer and HWID spoofers. You even have to scrub your IMEI. You have to basically turn the phone into a glorified brick and install your own parts. Yes there are cookies and metadata in every picture you take and message you send. That's why you obfuscate and seperate and compartmentalize everything. There's no way to connect one account to another because all the system sees is 2 accounts with none of the same information on the back end. The exception is for tik tok and when you post things. I think theres a Facebook posts of me from my families accounts but the only place my face and name exists on the internet is tik tok and dating apps which dont connect me to my work. And no, if they knew what I was up to I'd be in a cell rn. Intent to commit a crime is still a crime

39.     From June 14, 2026, to June 17, 2026, @acheezy1 used the following IP addresses:  71.212.10.48, 71.212.25.171:60707, and 71.212.18.187.  IP Address 71.212.10.48 was the most recent IP address accessed by Instagram user @acheezy1. The IP address resolved to 4480 E Rasor Rd W, Belfair, WA 98528. According to Washington Department of Licensing record, 4480 E Rasor Rd W, Belfair, WA 98528 is the listed address for **FALKNER**.

40.     According to Accurint, a database routinely used by law enforcement, an individual Janet Turman is identified as living/owning address 4480 E Rasor Rd W, Belfair, WA 98528. Investigators believe Turman is **FALKNER's** grandmother because local police reports reported her as **FLAKNER's** grandmother.

**Instagram user @acheezy1 Communicates Intent to Take a Trip Before UFC Fight**

41.     According to data provided by Meta pursuant to an emergency disclosure request, Instagram users @urbfsbush and @acheezy1 communicated about a "work trip." On June 10, 2026, prior to the scheduled UFC fight at the White House, at approximately 8:22 Coordinated Universal Time (UTC), Instagram user @urbfsbush messaged user @acheezy1 "Please dont go i have a really really bad feeling.." Within a minute,

Complaint – 15
*United States v. Falkner*
USAO No. 2026R00815

@acheezy1 wrote back, "Go where? The work trip? I have a bad feeling too but it has to be done"

### Instagram user @acheezy1 Communicates about Acquiring Drones

42.     According to data provided by Meta pursuant to an emergency disclosure request, Instagram user @acheezy1 communicated with another about acquiring drones. On June 7, 2026, at approximately 15:16 UTC @acheezy1 messaged another Instagram user "Wanna make some money". About a minute later, @acheezy1 wrote, "Set that 3D printer up as soon as you can". The person @acheezy1 messaged responded asking what was needed. Instagram user @acheezy1 wrote back, "5 drone frames." At about 15:26 UTC, the person @acheezy1 wrote to responded, "Is there some deadline? i really dont have the means to set up right now but some figuring can be done". At 15:28 UTC, user @acheezy1 responded, "ASAP. 7 days till they need to be operational. I'll handle shipping and everything else. Just need you on the frames, got everyone else doing their own thing." I know the UFC fight was scheduled to occur at the White House on June 14, 2026.

### Communications of @acheezy1 After Arrests Related to Planned Attack

43.     According to data provided by Meta pursuant to an emergency disclosure request, Instagram user @acheezy1 communicated about arrests related to the planned attack on the UFC fight at the White House. On June 18, 2026, at about 00:25 UTC, @acheezy1 messaged @urbfsbush and wrote, "Work trip is canceled. My boss got picked up." Instagram user @acheezy1 then sent a link to an article detailing the FBI's arrest of individuals planning the attack on the UFC fight at the White House. Instagram user @acheezy1 then wrote, "My boss got picked up. He is in custody." Later, on June 18, 2026, @acheezy1 wrote, "In the article I sent you it mentions the involvement of everyone but me and the people you already know. Because we took precautions. My phone is jailbroken btw. Diver sent me a NIC chip for it a while back but you don't know

Complaint – 16
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

what that is. We didn't trust my boss to do this right going into everything. We all felt something was going wrong. Good news is I'm still being paid."

**Evidence of Broader Goals of Conspiracy**

44.     After being arrested THOMAS, who communicated with FALKNER in the D Ops channel under handle WHISKEY6, said that the aim of the UFC attack and subsequent attacks was to create enough chaos to bring about the overthrow of the United States government.

## CONCLUSION

45.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that WILLIAM LEE SPARTACUS FALKNER committed the offense of Conspiracy to Commit Murder, in violation of Title 18, United States Code, Section 1117.

*Marty Trevino*

MARTY TREVINO, Complainant
Task Force Officer, FBI

The above-named Task Force Officer provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on this 19th day of JUNE, 2026. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 19th day of June, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint – 17
*United States v. Falkner*
USAO No. 2026R00815

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800